IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDY AND SHANNON BOSTIC,
individually and derivatively in the name
of and on behalf of Goodnight Farms, Inc.
An Arkansas corporation                                                      PLAINTIFFS

VS.                                        4:03CV0056

LARRY GOODNIGHT and
GOODNIGHT FARMS, INC.,
An Arkansas corporation                                                      DEFENDANTS

## JUDGMENT

This case was tried before a jury for six days, beginning October 4, 2004 the Honorable James M. Moody, United States District Judge, presiding. The jury returned a verdict for the Plaintiffs, Lindy ("Bud") and Shannon Bostic (the "Bostics"), finding that the defendant Larry Goodnight ("Goodnight") had breached his fiduciary duty and had committed deceit in connection with his business dealings with the Bostics and Goodnight Farms, Inc. ("the Corporation"). The jury entered a verdict in favor of Goodnight on Plaintiff's claim for Arkansas securities fraud and on his counterclaim for breach of contract. The jury awarded no damages.

The Court thereafter took motions under advisement and pursuant to the Findings of Fact and Conclusions of Law entered on this date:

IT IS CONSIDERED, ORDERED AND ADJUDGED that Plaintiffs, Lindy Bostic and Shannon Bostic have and recover of and from the Defendant, Larry Goodnight, the sum of $870,708.81 eight hundred and seventy thousand, seven hundred and eight dollars and eighty one cents ($870,708.81) together with interest from this date until the date paid at the rate of 2.60% per annum.

Dated this 3 day of December, 2004.

85

James M. Moody
United States District Judge

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 12/7/04 BY _____

ti

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

December 7, 2004

* * MAILING CERTIFICATE OF CLERK * *

Re:  4:03-cv-00056.

True and correct copies of the attached were mailed by the clerk to the following:     press, file, post

    Martha Jett McAlister, Esq.
    Eichenbaum, Liles & Heister, P.A.
    Union National Plaza
    124 West Capitol Avenue
    Suite 1400
    Little Rock, AR   72201-3736

    Peter B. Heister, Esq.
    Eichenbaum, Liles & Heister, P.A.
    Union National Plaza
    124 West Capitol Avenue
    Suite 1400
    Little Rock, AR   72201-3736

    Mitchell Lloyd Berry, Esq.
    Eichenbaum, Liles & Heister, P.A.
    Union National Plaza
    124 West Capitol Avenue
    Suite 1400
    Little Rock, AR   72201-3736

    Adam Heath Abshure, Esq.
    Williams & Anderson
    111 Center Street
    Suite 2200
    Little Rock, AR   72201-2413

    Jess L. Askew III, Esq.
    Williams & Anderson
    111 Center Street
    Suite 2200
    Little Rock, AR   72201-2413

    Beth M. Deere, Esq.
    Williams & Anderson

111 Center Street
Suite 2200
Little Rock, AR   72201-2413

James W. McCormack, Clerk

Date: 12/7/04                                BY: T Jones