

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDY AND SHANNON BOSTIC,                       PLAINTIFFS
Individually and Derivatively in the name
of and on behalf of Goodnight Farms, Inc.,
an Arkansas Corporation

VS.                  CASE NO. 4:03-CV-00056 JMM

LARRY GOODNIGHT                                       DEFENDANT

and

GOODNIGHT FARMS, INC.                      NOMINAL DEFENDANT

JERRY HENRY                                             GARNISHEE

## ALLEGATIONS AND INTERROGATORIES

The Plaintiffs, Lindy and Shannon Bostic, by and through their attorneys, Williams & Anderson PLC, allege that:

1. Defendant Larry Goodnight is indebted to Plaintiffs in the sum of $870,708.81, together with interest thereon and Plaintiffs' additional costs herein expended.

2. Plaintiffs believe Garnishee, on and after the date of service of the Writ of Garnishment herein, had in his possession or control certain goods, chattels, monies, credits and effects belonging to Larry Goodnight.

And the Plaintiffs propound to Garnishee the following Interrogatories:

INTERROGATORY NO. 1: Were you, on or after the service of the Writ of Garnishment, indebted to Larry Goodnight? If so, how and in what amount?

INTERROGATORY NO. 2: Have you in your hands or possession, on or after

the service of the Writ of Garnishment upon you, any goods, chattels, monies, credits or effects belong to Larry Goodnight? If so, what was the nature and value thereof?

                      Williams & Anderson PLC
                      111 Center Street, 22nd Floor
                      Little Rock, Arkansas 72201
                      (501) 372-0800

By: _____
                CLAYBORNE S. STONE
                State Bar No. 2003102

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDY AND SHANNON BOSTIC,**  PLAINTIFFS
**Individually and Derivatively in the name
of and on behalf of Goodnight Farms, Inc.,
an Arkansas Corporation**

VS.                CASE NO. 4:03-CV-00056 JMM

**LARRY GOODNIGHT**  DEFENDANT

**and**

**GOODNIGHT FARMS, INC.**  NOMINAL DEFENDANT

**JERRY HENRY**  GARNISHEE

## WRIT OF GARNISHMENT

THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS

To the United States Marshal or other person authorized to serve writs of garnishment:

You are commanded to summon the above named Garnishee and inform him of the following:

**TO THE ABOVE NAMED GARNISHEE:**

1. A Judgment has been obtained in this Court against the Defendant, Larry Goodnight for $870,708.81, including interest and other legal costs accrued, and the Judgment remains unsatisfied. The Plaintiffs allege that they have reason to believe that you are indebted to the Defendant, Larry Goodnight, or have in your possession goods, chattels, monies, credits or effects belonging to the Defendant.

2. You are directed to prepare a written answer, under oath, and to file this answer in the United States District Court Clerk's Office within **TWENTY (20)** days from the date on which you are served with this Writ. The written answer should contain a statement of what goods, chattels, monies, credits, or effects you may have in your possession belonging to the Defendant. Unless you file such written answer within **TWENTY (20)** days, judgment may be rendered against you for the amount stated in paragraph one.

3. In addition, you are required to answer any further interrogatories that may be propounded to you.

4.  There are federal restrictions on the amount that Garnishee may withhold from an employee's pay. Please consul Wage-House Publication No. 1279, obtainable from the United States Department of Labor, Wage and Hour Division.

5.  You should not pay any money to the Clerk, but you should hold the money until a Court order directs you to release the money.

### NOTICE TO EMPLOYER GARNISHEE

The amount of wages available for withholding for this judgment and costs is subject to certain prior claims. Under Arkansas law, income withholding for child support has a priority over all other legal processes. Under federal law, the total amount to be withheld cannot exceed the maximum amount allowed under § 303(b). [15 U.S.C. § 1673]

FAILURE TO ANSWER THIS WRIT WITHIN 20 DAYS OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHED HERETO SHALL RESULT IN TH ECOURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE AMOUNT OF THE NON-EXEMPT WAGES OWED THE DEBTOR-EMPLOYEE ON THE DATE YOU WERE SERVED THIS WRIT AS PROVIDED BY ARKANSAS CODE ANNOTATED § 16-110-407.

### NOTICE TO NON-EMPLOYER GARNISHEE

FAILURE TO ANSWER THIS WRIT WITHIN 20 DAYS OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHD EHRETO SHALL RESULT IN THE COURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE FULL AMOUNT SPECIFIED IN THIS WRIT TOGETHER WITH COSTS OF THIS ACTION AS PROVIDED BY ARKANSAS CODE ANNOTATED § 16-110-407.

### NOTICE TO DEFENDANT

The Writ of Garnishment delivered to you with this Notice means that wages, money or other property belonging to you has been garnished in order to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY OR PROPERTY FROM BEING TAKEN, SO READ THIS NOTICE CAREFULLY.

State and Federal laws say that certain money and property may not be taken to pay certain types of court judgments. Such money or property is said to be "exempt" from garnishment. For example, under the Arkansas Constitution and State law, you will be able to claim <u>as exempt</u> all or part of your wages or other personal property. As another example, under Federal law the following are also exempt from garnishment: Social Security, SSI, Veteran's benefits, AFDC (welfare), unemployment compensation, and worker's compensation.

You have a right to ask for a court hearing to claim these or other exemptions. Such request must be made in writing. If you need legal assistance to try to save your wages or

You have a right to ask for a court hearing to claim these or other exemptions. Such request must be made in writing. If you need legal assistance to try to save your wages or property from being garnished, you should see a lawyer. If you cannot afford a private lawyer, contact your local bar association or ask the clerk's office about any legal services program in your area.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 15 day of April, 2005.

By: _____ deputy clerk
United States District Court Clerk
James W. McCormack

(Seal)

## EXPLANATION

Original Judgment:     $ 870,708.81          Attorney's Fees:    $ Pending
Balance of Judgment:   $ 870,708.81          Rate of Interest:   $ 62.02 per day
Date of Judgment:      December 6, 2004      TOTAL:              $ 878,150.21
Amount of Interest:    $ 7,442.40
Others:                Costs - Pending

REQUESTING ATTORNEY:

CLAYBORNE S. STONE
WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, AR  72201
(501) 372-0800

## CERTIFICATE OF SERVICE ON GARNISHEE

STATE OF ARKANSAS    )

COUNTY OF _____ )

On this _____ day of _____, 2005, at ____ _.m., I have duly served this Writ by delivering a true copy thereof to_____, in the foregoing county, as herein commanded.

_____

## CERTIFICATE OF SERVICE ON ATTORNEYS

On this ___15th___ day of April, 2005, a copy of the foregoing was mailed to Debtor's attorneys, by hand-delivery at the following addresses:

Peter B. Heister
Mitchell L. Berry
Eichenbaum, Liles & Heister, P.A.
124 West Capitol Avenue, Suite 1400
Little Rock, Arkansas 72201-3736

Steven L. Gershner
Davidson Law Firm
Post Office Box 1300
Little Rock, Arkansas 72203

_____
Clayborne S. Stone

## CERTIFICATE OF SERVICE ON DEBTOR

On this ___15th___ day of ___April___, 2005, a copy of the foregoing was mailed to Larry Goodnight by U.S. mail at 164 Highway 310, P. O. Box 161, Enola, Arkansas 72047.

_____
Clayborne S. Stone