FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 2 8 2005
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDY AND SHANNON BOSTIC
Individually and Derivatively in the name
of an on behalf of Goodnight Farms, Inc.,
An Arkansas Corporation                              PLAINTIFF

VS.           CASE NO. 4:03 CV 00056 JMM

LARRY GOODNIGHT

and

GOODNIGHT FARMS, INC                                 NOMINAL DEFENDANT

GREG SANSON                                          GARNISHEE

## ANSWER OF GARNISHEE

Comes now Greg Sanson, garnishee herein, for his Answer to the Writ of Garnishment, states:

1. Garnishee has no knowledge of allegations of paragraph one, therefore must deny.

2. Garnishee holds nothing in his possession, including goods, chattels, monies or credits belonging to Larry Goodnight, therefore allegations of paragraph two are denied.

INTERROGATORIES:

1. No.

2. No.

WHEREFORE, having fully responded, Garnishee, prays that the said garnishment be dismissed, that it be discharged from any further liability, and for all other necessary and proper relief.

_____
William Clay Brazil
Attorney At Law
Arkansas Bar Code #67005

BRAZIL, ADLONG
& WINNINGHAM
1315 Main Street
Conway, AR 720342
(501)327-4457

## CERTIFICATE OF SERVICE

I, William Clay Brazil, do hereby certify that a copy of the above is being mailed to the following:

Williams & Anderson PLC
Attorneys at Law
111 Center Street, 22nd Floor
Little Rock, AR 72201

on this 25nd day of April, 2005

_____
William Clay Brazil