# UNITED STATES DISTSRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION



APR 28 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

LINDY AND SHANNON BOSTIC,
Individually and derivatively in the name
of and on behalf of Goodnight Farms, Inc.,
an Arkansas corporation                                          PLAINTIFFS

VS.                    CASE NO. 4:03-CV-00056 JMM

LARRY GOODNIGHT                                                  DEFENDANT

and

GOODNIGHT FARMS, INC.                                   NOMINAL DEFENDANT

JERRY HENRY                                                       GARNISHEE

## ANSWER TO WRIT OF GARNISHMENT

Comes now, Jerry Henry, by and through his attorney, Charles Darwin "Skip" Davidson, Davidson Law Firm, Ltd, and for his Answer to Writ of Garnishment, states as follows:

1. I am not indebted to the Defendant, Larry Goodnight, or have in my possession goods, chattels, monies, credits or effects belonging to the Defendant.

2. I have no goods, chattels, monies, credits, or effects in my possession belonging to the Defendant.

3. Any further interrogatories will be answer in accordance with Arkansas law.

Respectfully Submitted,

_____
Charles Darwin "Skip" Davidson 73026
Davidson Law Firm, Ltd.
P.O. Box 1300
Little Rock, AR 72203
501-374-9977 Office
501-374-5917 Fax

## CERTIFICATE OF SERVICE

I, Charles Darwin "Skip" Davidson, do hereby certify that a copy of the foregoing has been mailed this ___28___ day of ___April___, 2005, to:

Clayborne S. Stone
WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, Arkansas 72201

_____
Charles Darwin "Skip" Davidson